THE LAW OFFICES OF JUSTIN SOBODASH
Justin Sobodash (State Bar #217450)
Justin_sobodash@yahoo.com
9107 Wilshire Blvd., Suite 450
Beverly Hills, California  90210
Telephone:   310.461.3577
Facsimile:   310.461.1901

INSTITUTE FOR JUSTICE
Jeff Rowes*
jrowes@ij.org
Robert McNamara*
rmcnamara@ij.org
William H. Mellor*
wmellor@ij.org
901 N. Glebe Road, Suite 900
Arlington, VA  22203
Telephone:  703.682.9320
Facsimile:   703.682.9321
*Pro hac vice application pending

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV09  07772  VBF AJWx

| | |
|---|---|
| DOREEN FLYNN, JOHN WAGNER, M.D., AKIIM DESHAY, MIKE HAMEL, MARK HACHEY, KUMUD MAJUMDER, and MOREMARROWDONORS.ORG ) ) ) ) ) Plaintiffs, ) | CASE NUMBER: _____ To be supplied by Clerk of The United States District Court |



vs.

ERIC HOLDER, ATTORNEY GENERAL )
of the UNITED STATES, sued in his )        **COMPLAINT FOR**
OFFICIAL CAPACITY )                        **DECLARATORY AND**
                         Defendant. )       **INJUNCTIVE RELIEF**
_____ )

## INTRODUCTION

This constitutional challenge is about an arbitrary law that criminalizes a promising effort to save lives.  Every year, tens of thousands of Americans—many of whom are just children—learn they have a deadly blood disease such as leukemia.  Often, their only hope is a bone marrow transplant from a stranger, but there is a desperate shortage of unrelated marrow donors, particularly for minorities.

Plaintiffs intend to change that by implementing a pilot program offering strategic compensation such as a modest scholarship to the most-needed marrow donors.  But providing a $3,000 scholarship to a Hispanic college student for donating bone marrow is a major federal crime.  Under the National Organ Transplant Act (NOTA), 42 U.S.C. § 274e, granting a scholarship or even making a charitable gift on a marrow donor's behalf is punishable by up to five years in prison.

This criminal prohibition violates the Due Process Clause of the Fifth Amendment to the U.S. Constitution in two respects.  First, the bone-

1   marrow provision denies equal protection by arbitrarily and irrationally

2   treating renewable bone-marrow cells like nonrenewable solid organs such

3   as kidneys, instead of treating them like other renewable or inexhaustible

4   cells such as blood cells, sperm cells, and egg cells for which compensated

5   donation is legal.  Second, the statute violates Plaintiffs' substantive-due-

6   process right to participate in safe, accepted, lifesaving medical treatment.

7   **<u>JURISDICTION</u>**

8       1.     Plaintiffs bring suit under the Fifth Amendment to the U.S.

9   Constitution and the Declaratory Judgment Act, 28 U.S.C. § 2201.

10       2.     Plaintiffs seek injunctive and declaratory relief against the

11   Attorney General of the United States in his official capacity to enjoin

12   enforcement of the National Organ Transplant Act, 42 U.S.C. § 274e,

13   against them insofar as their program of strategic incentives for bone-

14   marrow donation constitutes providing "valuable consideration" in exchange

15   for a "human organ" or "any subpart thereof."  Application of this statute to

16   Plaintiffs arbitrarily and irrationally interferes with their rights to equal

17   protection and substantive due process under the Due Process Clause of the

18   Fifth Amendment to the U.S. Constitution.

19       3.     This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1367.

20

COMPLAINT

**VENUE**

4.      Venue is proper in the Central District of California, Western Division, under 28 U.S.C. § 1391(e) and the Local Rules.  Plaintiff MoreMarrowDonors.org is a California nonprofit corporation subject to personal jurisdiction in the Central District of California.

**PARTIES**

5.      Plaintiff Doreen Flynn is a U.S. citizen and a resident of Maine.

6.      Plaintiff John Wagner is a U.S. citizen and a resident of Minnesota.

7.      Plaintiff Kumud Majumder is U.S. citizen and a resident of New Jersey.

8.      Plaintiff Mark Hachey is a U.S. citizen and a resident of Washington State.

9.      Plaintiff Akiim Deshay is a U.S. citizen and a resident of Texas.

10.      Plaintiff Mike Hamel is a U.S. citizen and a resident of Colorado.

11.      Plaintiff MoreMarrowDonors.org is a nonprofit corporation organized under the laws of California and subject to personal jurisdiction in the Central District of California.

COMPLAINT

1    12.    Defendant Eric Holder is the Attorney General of the United

2    States and is sued in his official capacity.

3    ### STATEMENT OF FACTS

4    **The Plaintiffs**

5    *Doreen Flynn*

6    13.    Plaintiff Doreen Flynn is a working single mother of five

7    children, three of whom are relevant to this action—an eleven-year-old girl

8    and five-year-old twin girls.

9    14.    All three girls have Fanconi anemia, a rare and deadly genetic

10   disorder that causes, among other things, bone-marrow failure, usually in the

11   teens.

12   15.    Bone-marrow failure means that the girls will lose the ability to

13   make healthy blood because that is the function of bone marrow.

14   16.    All three girls will need a bone-marrow transplant to survive.

15   17.    Plaintiff Flynn's oldest daughter's blood counts are already

16   declining, meaning she will need her transplant soon.

17   *Plaintiff John Wagner, M.D.*

18   18.    Plaintiff Wagner has a Bachelor of Arts degree in Biological

19   Science and Psychology from the University of Delaware and a Medical

20   Degree from Jefferson Medical College at Thomas Jefferson University.

COMPLAINT

19.    Plaintiff Wagner is Professor of Pediatrics, Director of the Division of Hematology-Oncology and Blood and Marrow Transplantation, Director of the Center of Molecular and Cellular Therapeutics, and Medical Director of the Stem Cell Institute at the University of Minnesota.  Plaintiff Wagner's research is focused on the development of novel strategies for preventing the immunologic complications of bone-marrow transplantation.

20.    Plaintiff Wagner has authored more than 180 articles and book chapters on the subject of bone-marrow transplantation, is a member of a number of professional societies, and was elected into the American Society of Clinical Investigation in 2000 and Association of Physicians in 2006.  He co-chairs the Committee on Alternative Stem Cell Sources of the International Bone Marrow Transplant Registry and serves on the Board of Directors of the National Marrow Donors Program.  He has received numerous awards including the 2002 Pioneer Award for Therapeutic Advancement from the Fanconi Anemia Research Fund.

21.    In addition to his academic work, Plaintiff Wagner continues to be actively involved in the treatment of patients.

22.    In his career, Plaintiff Wagner has treated more than 2,000 patients who were in need of a bone-marrow transplant.

COMPLAINT

23.     Of these past patients, at least 20 percent have died because they were unable to find a matching bone-marrow donor.

24.     This understates the problem of finding a matching donor: Many potential patients are not even referred to Plaintiff Wagner because those patients' primary oncologists inform them that pursuing a transplant is not a viable option because there are not any matching donors available.

25.     Plaintiff Wagner has also been forced at least hundreds of times to resort to using bone marrow from donors that are not well matched with his patients.  These mismatched transplants routinely cause severe and even fatal medical complications for patients.

26.     If the current shortage of donors continues, Plaintiff Wagner will in the future have patients with deadly blood diseases in need of a bone-marrow transplant who will not be able to find a matching donor and those patients will die as a result.

27.     If the current shortage of donors continues, Plaintiff Wagner will also have patients in the future on whom he will perform a bone-marrow transplant with a partially mismatched donor and the patient will either die as a result or suffer severe medical complications.

COMPLAINT

1   *Plaintiff Kumud Majumder*

2   28.   Plaintiff Majumder lives with his wife and son in Saddle River,

3   New Jersey.  He has a Ph.D. in biological sciences.

4   29.   Plaintiff Majumder has an eleven-year-old son with acute

5   lymphoblastic leukemia (ALL).

6   30.   ALL is characterized by the runaway proliferation of cancerous

7   white blood cells inside the bone marrow cavities of the large bones.  These

8   cells squeeze out all other activity in the bone marrow, which destroys the

9   body's capacity to make blood, and these diseased cells spread to other parts

10   of the body such as the brain and spine.

11   31.   Plaintiff Majumder's son was diagnosed in the summer of 2006

12   after he became sick with fevers and other symptoms.

13   32.   Plaintiff Majumder's son was immediately treated with

14   chemotherapy to suppress the leukemia.  He was off chemotherapy and his

15   leukemia was in apparent remission by summer of 2008.

16   33.   Plaintiff Majumder's son then relapsed in December of 2008

17   and his health rapidly declined.  He began to lose his eyesight and the cancer

18   invaded his brain and testicles.

19   34.   Plaintiff Majumder's son needed an immediate bone-marrow

20   transplant or he would die, but no one in his family was a match.  His

8

COMPLAINT

1   doctors searched a national database of potential donors, but could not find

2   one.

3       35.    In the absence of a perfect match, Plaintiff Majumder's son had

4   a bone-marrow transplant in April 2009 after a long search using marrow

5   cells from an unrelated donor that were his son's next best match.

6       36.    If Plaintiff Majumder's son needs a second transplant, a

7   different donor will be needed because the recent donor, whose identity is

8   unknown to the Majumder, is an undesirable match.

9   *Plaintiff Mark Hachey*

10       37.    Plaintiff Mark Hachey lives in Puyallup, Washington, with his

11   wife and their two sons.  Plaintiff Hachey is retired from the military but

12   continues to work at a military medical facility as a nurse-anesthetist.  His

13   wife also works at a military medical facility in a civilian capacity as a

14   neonatal-intensive-care nurse.

15       38.    Plaintiff Hachey is of Caucasian descent and his wife is of

16   Filipino descent.  Their two sons are of mixed race.

17       39.    Plaintiff Hachey's youngest son is now sixteen.  He was

18   diagnosed with acute lymphoblastic leukemia (the same condition Plaintiff

19   Majumder's son has) in May of 2000 when he was seven years old.  He

20   underwent low-dose chemotherapy for two-and-a-half years.

COMPLAINT

40.   He then went into remission for 15 months, but relapsed.

41.   Plaintiff Hachey's son needed a bone-marrow transplant but no one in his family was a match.  His doctors searched the national registry for an unrelated donor but could not find a match.

42.   Plaintiff Hachey's son then underwent two-and-a-half years of debilitating high-dose chemotherapy that had devastating side effects.

43.   He then went into remission again for 15 months, but suffered another relapse.

44.   Plaintiff Hachey's son's leukemia was so aggressive that his only option at this point was a bone-marrow transplant, but the Hachey family's doctors were not able to find a matching donor.

45.   In May of 2008, Plaintiff Hachey's son underwent a transplant using bone-marrow cells from umbilical-cord blood, but those cells were not well matched to his body.

46.   Plaintiff Hachey's son is now suffering potentially life-threatening complications due to the mismatched transplant.

*Plaintiff Akiim DeShay*

47.   Plaintiff Akiim DeShay is an African-American who lives in Irving, Texas, with his wife and two young children.  He is an information-

COMPLAINT

1  technology specialist but cannot work because of complications from his

2  bone-marrow transplant.

3     48.   Plaintiff DeShay was diagnosed with Acute Myeloid Leukemia

4  (AML) in November 2003.

5     49.   Like ALL, AML is characterized by the proliferation of

6  cancerous white blood cells, though white blood cells of the myeloid line.

7  AML kills by destroying the ability of bone marrow to make healthy blood.

8     50.   Plaintiff DeShay received a bone-marrow transplant from his

9  sister in April 2004 and he remains cancer-free.

10    51.   Although his leukemia has not returned, Plaintiff DeShay

11  suffers from medical complications associated with his transplant.  He

12  became very sick in February 2009 and was hospitalized.

13    52.   His heart stopped beating on two separate occasions within

14  twenty minutes in the operating room and intensive-care unit and each time

15  he was resuscitated.

16    53.   Plaintiff DeShay is not able to work because of complications

17  associated with his transplant.

18    54.   In March 2007, Plaintiff DeShay became an activist for bone-

19  marrow issues facing the African-American community, which has an

20  especially difficult time finding compatible bone-marrow donors.

COMPLAINT

1    55.    In October 2007, he started the website

2    www.BlackBoneMarrow.com.  He has also participated in bone marrow

3    drives and public talks about bone-marrow issues.

4    *Plaintiff Mike Hamel*

5    56.    Plaintiff Mike Hamel lives in Colorado Springs, Colorado.

6    57.    Plaintiff Hamel is a former pastor and now a professional

7    writer.  He has written 14 books and he has a blog called Open Mike

8    (http://mikehamel.wordpress.com/).

9    58.    In June of 2008, Plaintiff Hamel went to the doctor to have a

10    mysterious lump in his abdomen examined.

11    59.    In August of 2008, this lump was diagnosed as a symptom of

12    lymphoma, a form of cancer in which cancerous white blood cells congeal

13    into solid tumors in the lymph nodes.

14    60.    He began six rounds of chemotherapy and he was cancer free

15    by the winter of 2008.

16    61.    The cancer returned aggressively in March 2009.

17    62.    In June 2009, Plaintiff Hamel had some of his own remaining,

18    healthy bone-marrow cells removed and frozen.

19    63.    On June 15, after his compromised bone marrow was killed off

20    by high-dose chemotherapy in order to destroy the lymphoma-causing cells,

COMPLAINT

1  Plaintiff Hamel had his own frozen bone-marrow cells transplanted back

2  into his body.

3      64.    He is now undergoing continuous medical observation to

4  determine if this "autologous" technique will work or whether he will

5  require a bone-marrow transplant from a donor.

6  *Plaintiff MoreMarrowDonors.org*

7      65.    Plaintiff MoreMarrowDonors.org is a California nonprofit

8  corporation that intends to use financial incentives to combat the shortage of

9  bone-marrow donors and increase the number of bone-marrow transplants.

10      66.    Plaintiff MoreMarrowDonors.org also intends to raise public

11  awareness about the shortage of bone marrow donors.

12      67.    Plaintiff MoreMarrowDonors.org is a membership organization

13  open to anyone.

14      68.    Plaintiffs Flynn, Wagner, Hachey, and Majumder are members

15  of Plaintiff MoreMarrowDonors.org.

16      69.    Plaintiffs DeShay and Hamel are on the board of Plaintiff

17  MoreMarrowDonors.org.

18      70.    Plaintiff MoreMarrowDonors.org's incentive plan will be

19  explained in detail in paragraphs 146 through160 below.

20

COMPLAINT

### The Basics of Bone Marrow Transplantation

*What Is Bone Marrow?*

71.     Bone marrow is a spongy, fluid-filled tissue in the cavities of the large bones.  The spaces inside bone marrow are home to special cells ("marrow cells") that produce the cellular components of blood.

72.     The technical term for marrow cells is "hematopoietic stem cells."  Hematopoiesis is the process by which blood-producing stem cells continuously divide and mature into the cellular components of blood.  "Hematopoietic stem cells" are also called "blood stem cells."

73.     A "stem cell" is just a cell that has the capacity to differentiate into other cell types.  A blood stem cell, for example, has the capacity to mature into any type of blood cell.  The term "stem cell" as used in this Complaint and throughout this case has nothing to do with "embryonic stem cells."  Embryonic stem cells are completely different from blood stem cells and have no relevance to this case.

74.     Marrow cells mature into three different types of blood cells: red blood cells (which carry oxygen throughout the body), white blood cells (which defend the body against infections and foreign matter), and platelets (which stabilize blood volume by clotting when there is bleeding).

14                                         COMPLAINT

75.     Once a marrow cell has matured into a specific type of blood cell such as a red blood cell, it leaves the spongy bone marrow tissue and enters the bloodstream.

76.     Not all marrow cells transform into blood cells.  If they did, then there would not be any marrow cells left inside the bone marrow to make more blood.

77.     Some marrow cells divide into two marrow cells instead of maturing into ordinary blood cells.

78.     As a result, a healthy person has a stable population of marrow cells and a continuous supply of fresh blood cells.

*Bone-Marrow Failure*

79.     Healthy blood cells are necessary for human life because they perform jobs that directly support human life such as transporting oxygen, fighting infections, and preventing blood loss in the event of an injury.

80.     If marrow cells in a person's bone marrow fail to produce a steady supply of healthy blood cells, the person will die.

81.     There are many diseases characterized by the failure of marrow cells to produce healthy blood cells.  Broadly speaking, these diseases fall into two categories: (1) hematological neoplasms, which cause the

COMPLAINT

1  proliferation of abnormal blood cells; and (2) anemias, which are

2  characterized by a failure to produce enough blood cells.

3       82.    The most-well-known hematological neoplasms are the many

4  kinds of leukemia and lymphoma.

5       83.    One type of leukemia is acute lymphoblastic leukemia (ALL)—

6  a common childhood cancer that causes runaway growth of cancerous white

7  blood cells in the bone marrow, cells which crowd out normal blood cells.

8  These malignant white blood cells can pass out of the bone marrow and

9  continue metastasizing in other parts of the body such as the brain or spine.

10  If left untreated, ALL is fatal, often within weeks.

11       84.    In anemia, by contrast, marrow cells fail to produce enough

12  blood cells to replenish the blood.  In Fanconi anemia, for example, which

13  usually manifests in childhood, patients suffer a variety of hematological

14  abnormalities, including an inability to produce healthy blood.  Fanconi

15  anemia can also cause leukemia.

16  *A "Bone Marrow" Transplant Is Actually a "Marrow Cell" Transplant*

17       85.    The term "bone-marrow transplant," while commonly used, is a

18  misnomer.

COMPLAINT

86.     Patients do not need, and doctors do not transplant, actual "bone marrow," meaning that doctors do not remove the spongy, fluid-filled tissue inside the bones and then put that tissue into the bones of patients.

87.     What patients need, and what doctors transplant, are marrow cells.

88.     Because marrow cells, as described above, are just immature blood cells, a "bone marrow" donation is just a different kind of blood donation and a "bone marrow" transplant is just a different kind of blood transfusion.

*There Are Two Ways to Donate Marrow Cells*

89.     There are two different methods by which marrow cells can be donated.

90.     The most common of these—used in about 70 percent of marrow donations—is a technique called peripheral blood stem cell (PBSC) apheresis.

91.     In apheresis, a donor is given an injection of a granulocyte colony-stimulating factor (GCSF) every day for five days.   A GCSF medication causes marrow cells to proliferate so rapidly that many are pushed into the circulating bloodstream.

COMPLAINT

92.     An apheresis donor sits in a comfortable chair such as a recliner and has a needle inserted into her arm.  As the donor's blood is drawn out through the needle, an apheresis machine filters out the marrow cells and returns the plasma and other cellular components of the blood back to the donor's bloodstream.

93.     As in ordinary blood donation, apheresis donors do not require sedatives or anesthesia because, other than the needle prick, donation is essentially painless.  Apheresis donors can read, watch television, listen to music, or engage in many other activities as long as they sit still.

94.     The result of apheresis donation is a bag of liquid marrow cells.

95.     Blood banks use exactly the same apheresis technique to collect other specific components of the bloodstream such as plasma or platelets.

96.     Medical science applied the apheresis method to marrow-cell donation in the 1990s and, in the 2000s, the use of this technology became the most common method for gathering marrow cells.

97.     About 30 percent of marrow donations use the original technique in which the donor is given anesthesia and marrow cells are drawn directly out of the marrow tissue using a long needle.  Extracting marrow cells directly from the marrow tissue is called "aspiration."

COMPLAINT

98.    As with apheresis, the end product of aspiration is a bag of liquid marrow cells.

99.    Doctors often prefer donors to donate via the aspiration method because marrow cells procured this way tend to have fewer of the donor's white blood cells mixed in.  These stray white blood cells can cause complications for certain patients.

100.   Many donors will not consent to the aspiration procedure because it is more painful and less pleasant than donating using the PBSC apheresis method.

*Donating Marrow Cells Is Safe*

101.   Donated marrow cells regenerate in three to six weeks.

102.   Donating marrow cells does not impair the ability of a donor to produce normal blood.

103.   Over the last 25 years, more than 35,000 marrow-cell donations have taken place in the United States between strangers without a single donor death.

104.   Less than one percent of marrow-cell donors report a notable adverse event such as serious nausea.  The overwhelming majority of these clear up within hours or a few days.  Donors who have marrow drawn

COMPLAINT

1   directly from their hip bones may report bruising and soreness that lasts a

2   few weeks.

3   *Transplanting Marrow Cells into a Patient*

4        105.  Once marrow cells are collected, transplantation is simple and

5   noninvasive:  the liquid marrow cells flow into the patient's arm through a

6   normal intravenous line as though it were a simple blood transfusion.  The

7   donated marrow cells "know" to travel to the recipient's bones and, if the

8   transplant works, start producing blood for a lifetime.

9        106.  Before a patient receives a donor's marrow cells, doctors must

10   first destroy the patient's own diseased marrow cells with radiation and

11   chemotherapy.

12        107.  If a patient does not receive a marrow-cell transplant after this

13   process, the patient will die.

14        108.  Doctors do not perform marrow-cell transplants unless the

15   patient will die without one.

16               **How Are Donors and Patients Matched?**

17   *Matching Is Extremely Important*

18        109.  For a marrow-cell transplant to be successful, marrow-cell

19   donors and marrow-cell recipients must match very closely at the deepest

20   genetic level.  One way to determine compatibility is by examining human

          COMPLAINT

1  leukocyte antigen (HLA) markers.  HLA markers combine so that each

2  person has a distinct "fingerprint" on the surface of each cell.  The other way

3  is to look at the specific gene-fragments (called "alleles") on chromosome

4  six that determine the HLA structure on each cell.

5       110.   Deep genetic compatibility is necessary because transplanted

6  marrow cells will mature into blood cells, including the white blood cells

7  that play a key role in a person's immune system.

8       111.   White blood cells fight disease by circulating around the body

9  looking for foreign invaders such as viruses and then destroying them.

10      112.   White blood cells identify foreign invaders by recognizing that

11 those entities lack the HLA "fingerprints" that every native cell in a person's

12 body has.

13      113.   If there is not a near-perfect genetic match between the donor

14 and recipient, the white blood cells produced by the transplanted marrow

15 cells will attack the native cells of the patient's body.

16      114.   This is basically a mirror image of the organ-rejection problem

17 in the solid-organ context.  When a patient receives a kidney, the patient's

18 body tries to reject the kidney as a foreign object because the patient's white

19 blood cells do not recognize the HLA "fingerprints" on the cells of the

20 donated kidney.

COMPLAINT

115.   In the marrow context, on the other hand, the patient receives marrow cells from a donor, which then begin to produce white blood cells inside the patient's body that are genetically related to the donor, not the patient.  These new white blood cells do not realize that they are the result of a bone-marrow transplant.  As they circulate through the patient's body, these new white blood cells do not recognize the HLA "fingerprints" on any of the patient's own cells.  As a result, these new white blood cells mistakenly treat the patient's whole body as a foreign entity such as a bacterium that must be destroyed.

116.   The process by which the white blood cells produced by a marrow cell transplant mistakenly attack a patient's body is called graft-versus-host (GVH) disease.

117.   GVH disease can be fatal or result in serious, lifelong medical complications.

118.   Other than patients who receive their own frozen marrow cells (autologous transplant) or marrow cells from an identical twin (syngenic transplant), virtually every marrow-cell recipient will experience GVH disease to some degree.

119.   The intensity of GVH disease increases in direct proportion to the dissimilarity between donor and recipient.

COMPLAINT

120.   GVH disease is typically characterized by progressive damage to the liver, skin, mucosal membranes, and gastrointestinal tract.

121.   Marrow-cell donors and patients often must also be matched for viral antibodies such as those associated with Cytomegalovirus (CMV) infection.  An antibody mismatch for CMV can make an otherwise tolerable or even perfect HLA matching donor ineligible because the recipient will not be able to survive both GVH disease and the complications associated with CMV antibody mismatch.

*Finding a Matching Donor Is Extremely Difficult*

122.   Only 30 percent of patients in need of a marrow-cell transplant will find a donor among their blood relatives.

123.   For the 70 percent without a matching blood relative, an unrelated marrow-cell donor is necessary to survive.

124.   Although marrow cells are just immature blood cells and regenerate after donation just like donated blood cells, matching marrow-cell donors with recipients is much more complex than matching ordinary blood donors with recipients.

125.   In the blood context, there are only four blood types and literally hundreds of millions or even billions of people with each blood

COMPLAINT

type.  For example, there are roughly three billion people on earth with the most common blood type: O-positive.

126.   In the marrow context, there are literally millions of marrow-cell types and often only a handful of people or even just one person who will be compatible with any given patient.  It is also possible for a patient to have a literally unique marrow-cell type for which no donor exists.

127.   The more diverse a patient's genetic heritage, the rarer the patient's marrow-cell type will be and the more difficult it will be to find a compatible donor.

128.   The average African-American, for example, has a comparatively high degree of genetic heterogeneity because African-American genes tend to be a diverse mixture of African, Caucasian, and Native-American genes.  Of all American racial categories (Caucasian, African-American, Hispanic, Asian, and Native American), African-Americans have the greatest difficulty finding a compatible unrelated donor.

129.   Mixed-race patients such as Plaintiff Hachey's son face the longest odds because they typically have the rarest marrow-cell types.

*The National Bone Marrow Registry*

130.   It is all-but-impossible for a patient to find a compatible unrelated donor on her own.

COMPLAINT

1    131.   The only practical way to match patients with unrelated donors

2  is to create an enormous database cataloguing the marrow-cell types of

3  people who have agreed to serve as marrow-cell donors if a need ever arises

4  for their specific marrow-cell type.

5    132.   The federal government funds a national registry, which

6  evolved in the mid-1980s out of a registry of military personnel developed

7  by the Navy.

8    133.   This federal funding, and regulations and mandates associated

9  with it, fall under the aegis of what is now called the "C.W. Bill Young Cell

10  Transplantation Program" codified at 42 U.S.C. §§ 274k-m.

11    134.   This federal program originated in 1986 when the Office of

12  Naval Research, which had extensive experience with bone-marrow research

13  related to radiation-induced forms of leukemia and other diseases, awarded a

14  contract to the Minneapolis-based nonprofit corporation National Marrow

15  Donor Program (NMDP) to operate a national civilian registry for the

16  purpose of matching unrelated marrow-cell donors with patients in need of

17  transplants.

18    135.   The NMDP began in September 1987 as a cooperative venture

19  of the American Association of Blood Banks, the American Red Cross, and

20  the Council of Community Blood Centers.

COMPLAINT