# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN FLYNN, ET AL.<br><br><br>PLAINTIFF(S)<br><br>v.<br><br>ERIC HOLDER, ATTORNEY GENERAL<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09- 7772 VBF (AJWx)<br><br><br>**ADR PILOT PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation?  Please outline with specificity the type(s) of discovery and proposed completion date(s).  Please outline any areas of disagreement in this regard.  Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

Settlement strategies do not apply to this case because the parties agree that there is no realistic possibility of settlement.

_____

_____

_____

_____

_____

_____

_____


(2) What are the damage amounts being claimed by each plaintiff?  Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

Plaintiffs have not asked for damages.

_____

_____

_____

_____

_____

_____

_____

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

Yes ☐        No ☒

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII                              ☐ Age Discrimination

☐ 42 U.S.C. §1983                        ☐ California Fair Employment and Housing Act

☐ Americans with Disabilities Act of 1990   ☐ Rehabilitation Act

☐ Other _____

_____

_____


I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.


 January 11, 2010 _____        _____
*Date*                                *Attorney for Plaintiff (Signature)*

                                      Jeff Rowes _____
                                      *Attorney for Plaintiff (Please print full name)*


January 11, 2010 _____         Marcia Berman (by Jeff Rowes with permission) JR
*Date*                                *Attorney for Defendant (Signature)*

                                       Marcia Berman _____
                                      *Attorney for Defendant (Please print full name)*