## Appendix A
*Flynn, et al. v. Holder*, CV09- 7772 VBF (AJWx)
**Plaintiffs' Opposition to Defendant's Motion to Dismiss**

<u>ALL RATIONAL BASIS CASES BEFORE THE SUPREME COURT
1970-PRESENT</u>

<u>PLAINTIFF WINS (21 Cases)</u>:

1. *Lawrence v. Texas*, 539 U.S. 558 (2003).
2. *U.S. v. Morrison*, 529 U.S. 598 (2000).
3. *Willowbrook v. Olech*, 528 U.S. 562 (2000).
4. *Romer v. Evans*, 517 U.S. 620 (1996).
5. *U.S. v. Lopez*, 514 U.S. 549 (1995).
6. *Quinn v. Millsap*, 491 U.S. 95 (1989).
7. *Allegheny Pittsburgh Coal Co. v. County Comm'n*, 488 U.S. 336 (1989).
8. *City of Cleburne v. Cleburne Living Ctr.*, 473 U.S. 432 (1985).
9. *Hooper v. Bernalillo County Assessor*, 472 U.S. 612 (1985).
10. *Williams v. Vermont*, 472 U.S. 14 (1985).
11. *Metropolitan Life Ins. Co. v. Ward*, 470 U.S. 869 (1985).
12. *Plyler v. Doe*, 457 U.S. 202 (1982).
13. *Zobel v. Williams*, 457 U.S. 55 (1982).
14. *Chappelle v. Greater Baton Rouge Airport Dist.*, 431 U.S. 159 (1977).
15. *Weinberger v. Wiesenfeld*, 420 U.S. 636 (1975)
16. *U.S. Dep't of Agric. v. Moreno*, 413 U.S. 528 (1973).
17. *James v. Strange*, 407 U.S. 128 (1972).
18. *Lindsey v. Normet*, 405 U.S. 56 (1972).
19. *Mayer v. Chicago*, 404 U.S. 189 (1971).
20. *Reed v. Reed*, 404 U.S. 71 (1971).
21. *Turner v. Fouche*, 396 U.S. 346 (1970).

<u>PLAINTIFF LOSES (105 Cases)</u>:

1. *Ysura v. Pocatello Educ. Ass'n*, 129 S. Ct. 1093 (2009).
2. *Engquist v. Or. Dep't of Agric.*, 128 S. Ct. 2146 (2008).
3. *Gonzales v. Raich*, 545 U.S. 1 (2005).
4. *Fitzgerald v. Racing Ass'n*, 539 U.S. 103 (2003).
5. *Eldred v. Ashcroft*, 537 U.S. 186 (2003).

i

6. *Univ. of Ala. v. Garrett*, 531 U.S. 356 (2001).
7. *Century State Univ. v. Am. Ass'n of Univ. Professors*, 526 U.S. 124 (1999).
8. *Miller v. Albright*, 523 U.S. 420 (1998).
9. *Washington v. Glucksberg*, 521 U.S. 702 (1997).
10. *Vacco v. Quill*, 521 U.S. 793 (1997).
11. *Gen. Motor Corp. v. Tracy*, 519 U.S. 278 (1997).
12. *Heller v. Doe*, 509 U.S. 312 (1993).
13. *FCC v. Beach Commcations, Inc.*, 508 U.S. 307 (1993).
14. *Nordlinger v. Hahn*, 505 U.S. 1 (1992).
15. *Burlington N. R.R. Co. v. Ford*, 504 U.S. 648 (1992).
16. *Gregory v. Ashcroft*, 501 U.S. 452 (1991).
17. *Chapman v. U.S.*, 500 U.S. 453 (1991).
18. *Sullivan v. Stroop*, 496 U.S. 478 (1990).
19. *U.S. v. Sperry Corp.*, 493 U.S. 952 (1989).
20. *Michael H. v. Gerald D.*, 491 U.S. 110 (1989).
21. *City of Dallas v. Stanglin*, 490 U.S. 19 (1989).
22. *Amerada Hess Corp. v. Dir., Div. of Taxation*, 490 U.S. 66 (1989).
23. *Kadrmas v. Dickinson Pub. Sch.*, 487 U.S. 450 (1988).
24. *N.Y. State Club Ass'n v. City of N.Y.*, 487 U.S. 1 (1988).
25. *Bankers Life and Cas. Co. v. Crenshaw*, 486 U.S. 71 (1988).
26. *Lyng v. Int'l Union*, 485 U.S. 360 (1988).
27. *Pennell v. City of San Jose*, 485 U.S. 1 (1988).
28. *Bowen v. Gilliard*, 483 U.S. 587 (1987).
29. *Corp. of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints v. Amos*, 483 U.S. 327 (1987).
30. *Lyng v. Castillo*, 477 U.S. 635 (1986).
31. *Bowen v. Owens*, 476 U.S. 340 (1986).
32. *Ne. Bancorp v. Bd. of Governors of Fed. Reserve Sys.*, 472 U.S. 159 (1985).
33. *Selective Serv. Sys. v. Minn. Pub. Interest Research Group*, 468 U.S. 841 (1984).
34. *Minn. State Bd. for Cmty. Colls. v. Knight*, 465 U.S. 271 (1984).
35. *Lehr v. Robertson*, 463 U.S. 248 (1983).
36. *Exxon Corp. v. Eagerton*, 462 U.S. 176 (1983).
37. *Regan v. Taxation with Representation*, 461 U.S. 540 (1983).
38. *Martinez v. Bynum*, 461 U.S. 321 (1983).
39. *Perry Educ. Ass'n v. Perry Local Educators' Ass'n*, 460 U.S. 37 (1983).
40. *Rice v. Norman Williams Co.*, 458 U.S. 654 (1982).

41. *Clements v. Fashing*, 457 U.S. 957 (1982).
42. *Schweiker v. Hogan*, 457 U.S. 569 (1982).
43. *G. D. Searle & Co. v. Cohn*, 455 U.S. 404 (1982).
44. *Texaco, Inc. v. Short*, 454 U.S. 516 (1982).
45. *Hodel v. Indiana*, 452 U.S. 314 (1981).
46. *Jones v. Helms*, 452 U.S. 412 (1981).
47. *Western & S. Life Ins. Co. v. State Bd. of Equalization*, 451 U.S. 648 (1981).
48. *Schweiker v. Wilson*, 450 U.S. 221 (1981).
49. *Minnesota v. Clover Leaf Creamery Co.*, 449 U.S. 456 (1981).
50. *U.S. R.R. Retirement Bd. v. Fritz*, 449 U.S. 166 (1980).
51. *Harris v. McRae*, 448 U.S. 297 (1980).
52. *Washington v. Confederated Tribes*, 447 U.S. 134 (1980).
53. *Harris v. Rosario*, 446 U.S. 651 (1980).
54. *Lewis v. U.S.*, 445 U.S. 55 (1980).
55. *Washington v. Wash. State Commercial Passenger Fishing Vessel Ass'n*, 443 U.S. 658 (1979).
56. *Califano v. Boles*, 443 U.S. 282 (1979).
57. *Barry v. Barchi*, 443 U.S. 55 (1979).
58. *Ambach v. Norwick*, 441 U.S. 68 (1979).
59. *N.Y. City Transit Auth. v. Beazer*, 440 U.S. 568 (1979).
60. *Harrah Indep. Sch. Dist. v. Martin*, 440 U.S. 194 (1979).
61. *Vance v. Bradley*, 440 U.S. 93 (1979).
62. *Friedman v. Rogers*, 440 U.S. 1 (1979).
63. *Washington v. Confederated Bands and Tribes of Yakima Indian Nation*, 439 U.S. 463 (1979).
64. *Califano v. Aznavorian*, 439 U.S. 170 (1978).
65. *Holt Civic Club v. City of Tuscaloosa*, 439 U.S. 60 (1978).
66. *Duke Power Co. v. Carolina Envtl. Study Group, Inc.*, 438 U.S. 59 (1978).
67. *Baldwin v. Fish and Game Comm'n*, 436 U.S. 371 (1978).
68. *Foley v. Connelie*, 435 U.S. 291 (1978).
69. *Cleland v. Nat'l Coll. of Bus.*, 435 U.S. 213 (1978).
70. *Idaho Dep't of Employment v. Smith*, 434 U.S. 100 (1977).
71. *Califano v. Jobst*, 434 U.S. 47 (1977).
72. *County Bd. v. Richards*, 434 U.S. 5 (1977).
73. *Maher v. Roe*, 432 U.S. 464 (1977).
74. *Poelker v. Doe*, 432 U.S. 519 (1977).
75. *Ohio Bureau of Employment Servs. v. Hodory*, 431 U.S. 471 (1977).
76. *Alexander v. Fioto*, 430 U.S. 634 (1977).

77. *Del. Tribal Bus. Comm. v. Weeks*, 430 U.S. 73 (1977).
78. *Knebel v. Hein*, 429 U.S. 288 (1977).
79. *Mathews v. De Castro*, 429 U.S. 181 (1976).
80. *City of New Orleans v. Dukes*, 427 U.S. 297 (1976).
81. *Mass. Bd. of Ret. v. Murgia*, 427 U.S. 307 (1976).
82. *Hughes v. Alexandria Scrap Corp.*, 426 U.S. 794 (1976).
83. *Young v. Am. Mini Theatres, Inc.*, 427 U.S. 50 (1976).
84. *City of Charlotte v. Local 660, Int'l Ass'n of Firefighters*, 426 U.S. 283 (1976).
85. *Mathews v. Diaz*, 426 U.S. 67 (1976).
86. *Weinberger v. Salfi*, 422 U.S. 749 (1975).
87. *Estelle v. Dorrough*, 420 U.S. 534 (1975).
88. *Geduldig v. Aiello*, 417 U.S. 484 (1974).
89. *Fuller v. Oregon*, 417 U.S. 40 (1974).
90. *Vill. of Belle Terre v. Boraas*, 416 U.S. 1 (1974).
91. *Johnson v. Robison*, 415 U.S. 361 (1974).
92. *Marshall v. U.S.*, 414 U.S. 417 (1974) (dissent by three justices).
93. *San Antonio Indep. Sch. Dist. v. Rodriguez*, 411 U.S. 1 (1973).
94. *Salyer Land Co. v. Tulare Lake Basin Water Storage Dist.*, 410 U.S. 719 (1973).
95. *Associated Enter., Inc. v. Toltec Watershed Improvement Dist.*, 410 U.S. 743 (1973).
96. *Ortwein v. Schwab*, 410 U.S. 656 (1973).
97. *Lehnhausen v. Lake Shore Auto Parts Co.*, 410 U.S. 356 (1973).
98. *McGinnis v. Royster*, 410 U.S. 263 (1973).
99. *U.S. v. Kras*, 409 U.S. 434 (1973).
100. *Jefferson v. Hackney*, 406 U.S. 535 (1972).
101. *Schlib v. Kuebel*, 404 U.S. 357 (1971).
102. *Richardson v. Belcher*, 404 U.S. 78 (1971).
103. *Rogers v. Bellei*, 401 U.S. 815 (1971).
104. *U.S. v. Md. Savings-Share Ins. Corp.*, 400 U.S. 4 (1970).
105. *Dandridge v. Williams*, 397 U.S. 471 (1970).