**APPENDIX B**
*Flynn, et al. v. Holder*, **CV09- 7772 VBF (AJWx)**
**Plaintiffs' Opposition to Defendant's Motion to Dismiss**

<u>PLAINTIFF-WINS SUPREME COURT RATIONAL BASIS CASES: 1970-PRESENT</u>

|  | **Case** | **Asserted Rational Basis**<br><br>(pinpoint citations in parentheses) | **Conflict with Legislative Intent** | **No Legitimate Gov't Interest** | **No Logical Connection** | **Irrational Effects** |
|---|---|---|---|---|---|---|
| 1 | *Lawrence v. Texas*, 539 U.S. 558 (2003) | • Traditional morality (571) |  | (577-78) |  |  |
| 2 | *U.S. v. Morrison*, 529 U.S. 598 (2000) | • Deters travel (615)<br>• Deters employment (615)<br>• Deters doing business (615)<br>• Reduces national productivity (615)<br>• Increases medical costs (615)<br>• Decreases supply of, and demand for, interstate commerce (615) |  |  | (615-17) (applies to all asserted bases) |  |
| 3 | *Willowbrook v. Olech*, 528 U.S. 562 (2000) | • Easement necessary to connect house to municipal water supply (565) |  |  | (565) |  |

i

| | Case | Asserted Rational Basis<br><br>(pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 4 | *Romer v. Evans*, 517 U.S. 620 (1996) | • Preserve freedom not to associate with homosexuals (635)<br>• Conserve resources to fight other forms of discrimination (635) | | (635) (applies to both asserted bases) | | |
| 5 | *U.S. v. Lopez*, 514 U.S. 549 (1995) | • Congress has institutional knowledge of need to regulate firearms and how to do it (563)<br>• Costs of gun violence are spread nationally through insurance (563-64)<br>• Gun violence discourages travel (564)<br>• Gun violence interferes with education (564) | | | (567) (applies to all asserted bases) | |

ii

| | Case | Asserted Rational Basis (pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 6 | *Quinn v. Millsap*, 491 U.S. 95 (1989) | • Land ownership gives first hand knowledge of community issues (108)<br>• Land ownership gives a personal stake in community (108)<br>• Land ownership important because board members must consider land-use issues (108) | | | (109) (applies to all asserted bases) | |
| 7 | *Allegheny Pittsburgh Coal Co. v. County Comm'n*, 488 U.S. 336 (1989) | • Using last sale price can be most accurate method of determining land value (343) | | | | (345-46) |

iii

| | Case | Asserted Rational Basis (pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 8 | *City of Cleburne v. Cleburne Living Ctr., Inc.*, 473 U.S. 432 (1985) | • Neighbors fear mentally handicapped (448) <br> • Junior high kids will tease mentally handicapped (449) <br> • Mentally handicapped do not have control over their actions (449) <br> • Group home is too big (449) <br> • Reduce congestion and population density (450) | (450) | (448) <br><br> (449) | (449) <br><br><br> (449) | |
| 9 | *Hooper v. Bernalillo County Assessor*, 472 U.S. 612 (1985) | • Encourage veterans to settle in New Mexico (618-19) <br> • State wants to reward veterans who are long-term residents (619) <br> • Favoring residents over non-residents (623) | | (623) | (619-620) <br><br> (621-622) | |

iv

| | Case | Asserted Rational Basis (pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 10 | *Williams v. Vermont*, 472 U.S. 14 (1985) | • Make those who use roads pay for them (24)<br>• Discourage residents from going to other states to buy cars (24)<br>• Make people who come to Vermont to buy cars pay sales tax to Vermont (26)<br>• Enable Vermont residents to shop out-of-state for cars without penalty (27) | (26) | | (24)<br><br>(24-25)<br><br><br><br><br><br>(27) | |
| 11 | *Metro. Life Ins. Co. v. Ward*, 470 U.S. 869 (1985) | • Encourage local industry (876)<br>• Encourage capital investment into Alabama (882) | | (878)<br><br>(883) | | |

v

| | Case | Asserted Rational Basis<br><br>(pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 12 | *Plyler v. Doe*, 457 U.S. 202 (1982) | • Texas can treat illegal immigrants however it wants because they are illegal (224)<br>• Save money by not educating children (227)<br>• Discourage influx of illegal aliens (228)<br>• Illegal aliens have too many special needs to educate properly (229)<br>• Illegal aliens will not stay in Texas after being educated (230) | (225-26) | (227) | (229) | (228-29)<br><br>(230) |
| 13 | *Zobel v. Williams*, 457 U.S. 55 (1982) | • Encourage people to settle in Alaska (61)<br>• Prudent management of oil resources (61)<br>• Reward residents based on length of residency (61) | | | (61-62)<br><br>(62-63)<br><br>(63-64) | |

vi

|    | Case | Asserted Rational Basis (pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|----|------|------|------|------|------|------|
| 14 | *Chappelle v. Greater Baton Rouge Airport Dist.*, 431 U.S. 159 (1977) | • Land ownership necessary to understand land-use issues associated with airport (159) | | (159) (reversed per *Turner v. Fouche*, 396 U.S. 346, 361-64 (1970)). | | |
| 15 | *Weinberger v. Wiesenfeld*, 420 U.S. 636 (1975) | • Social security benefits are not compensation for work done (646)<br>• Desire to benefit women economically as a class (648) | | (647) | (651) | |
| 16 | *U.S. Dep't of Agric. v. Moreno*, 413 U.S. 528 (1973) | • Fight malnutrition (533)<br>• Strengthen the agricultural economy (533)<br>• Anti-hippy animus (534)<br>• Eliminate fraud in food stamp system (535)<br>• Promote traditional morality (536) | (536-37) | (534-35)<br><br>(536 n.7) | (534)<br>(534) | |

| | Case | Asserted Rational Basis (pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 17 | *James v. Strange*, 407 U.S. 128 (1972) | • Reimburse state for money spent on defendant (141)<br>• Protect state from fraudulent concealment of assets (141)<br>• Federal dominance of revenue sources means states have to find creative ways to make money (141) | | | | (141-42) (applies to all asserted bases) |
| 18 | *Lindsey v. Normet*, 405 U.S. 56 (1972) | • Deter frivolous appeals (76) | | | (78-79) | |
| 19 | *Mayer v. Chicago*, 404 U.S. 189 (1971) | • Save state money by not having to produce transcripts (196)) | | (197) | | |
| 20 | *Reed v. Reed*, 404 U.S. 71 (1971) | • Reduce administrative costs by making it simple to select among competing claimants (76) | | (76) | | |

|    | Case | Asserted Rational Basis<br><br>(pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|----|------|---|---|---|---|---|
| 21 | *Turner v. Fouche*, 396 U.S. 346 (1970) | • Owning a square-inch of land satisfies the requirement of being a freeholder for the purposes of holding office on the school board (363) | | | (363-64) | |