## Appendix C
### *Flynn, et al. v. Holder*, CV09- 7772 VBF (AJWx)
### Plaintiffs' Opposition to Defendant's Motion to Dismiss

| | Case | Asserted Rational Basis<br><br>(Pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 1 | *In re Levenson*, 587 F.3d 925 (9th Cir. 2009) | • Distaste for homosexuals (931)<br>• Advance heterosexual marriage (932)<br>• Defend traditional morality (932)<br>• Preserve scarce government resources (932)<br>• Maintain a consistent definition of marriage across various federal statutes (933) | | (932)<br>(932)<br><br>(932)<br><br><br>(933-34) | | (932-33) |
| 2 | *Ramirez-Altimirano v. Holder*, 563 F.3d 800 (9th Cir. 2009) | • Possession of drug paraphernalia worse than drug possession (808)<br>• Record cannot be expunged for immigration purposes because the conviction has continuing effects under state law (809) | | | (808-09)<br><br>(811-12) | |

1

|   | Case | Asserted Rational Basis (Pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 3 | *Merrifield v. Lockyer*, 547 F.3d 978 (9th Cir. 2008) | • Public safety requires licensing of exterminators of mice, rats, and pigeons (981)<br>• Economic protectionism of exterminators by requiring a license to engage in the common occupation of extermination (991) | | (991 n.15) | (991) | |
| 4 | *Lazy Y Ranch, Ltd. v. Behrens*, 546 F.3d 580 (9th Cir. 2008) | • Leasing to plaintiff denied because it would raise government administrative costs (585) | | (592) | | |

2

|   | Case | Asserted Rational Basis (Pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 5 | *Servin-Espinoza v. Ashcroft*, 309 F.3d 1193 (9th Cir. 2002) | • Differential treatment of excludable aliens and deportable permanent residents encourages criminal aliens to leave U.S. (1196)<br>• Criminal aliens pose a greater danger than deportables (1196)<br>• Classification is more administratively efficient than identical treatment (1196) | (1197-99) (applies to all rational bases) | | | |
| 6 | *Silveira v. Lockyer*, 312 F.3d 1052 (9th Cir. 2002) | • Exception for retired police officers exists in federal law (1090)<br>• Retired officers have a lot of weapons training (1091)<br>• Retired officers can keep duty weapons they purchased with their own money (1091)<br>• Retired officers may need their weapons to participate as reserves in an emergency (1091) | | | (1090-91)<br><br>(1091)<br><br>(1091)<br><br><br>(1091-92) | |

3

|   | Case | Asserted Rational Basis<br><br>(Pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 7 | *Dillingham v. INS*, 267 F.3d 996 (9th Cir. 2002) | • Administratively complex to determine validity of an alien's claim that a foreign conviction has been expunged (1008) | | | (1009-11) | |
| 8 | *Lujan-Armendariz v. INS*, 222 F.3d 728 (9th Cir. 2000) | • Board of Immigration Appeals can simply repeal its policy of treating aliens the same whether they were convicted under state or federal law (749) | | | (749) | |
| 9 | *Petzak v. Nev. Dep't of Corr.*, 579 F. Supp. 2d 1330 (D. Nev. 2008) | • Officers over 40 need an annual cardiac stress test because they are most at risk for health problems (1336) | | | (1337) | |

|   | Case | Asserted Rational Basis<br><br>(Pinpoint citations in parentheses) | Conflict with Legislative Intent | No Legitimate Gov't Interest | No Logical Connection | Irrational Effects |
|---|---|---|---|---|---|---|
| 10 | *Cornwell v. Hamilton*, 80 F. Supp. 2d 1101 (S.D. Cal. 1999) | • Public safety requires licensing African hairbraiders (1106)<br>• Government wants to regulate professions (1106)<br>• Ensure minimal skill for anyone working on hair (1106)<br>• Anyone who works on hair is a "cosmetologist" and must be competent to practice the full range of cosmetology (1106) | | | (1108) | (1112)<br><br>(1106 n.16)<br><br>(1108) |