| | |
|---|---|
| 1 | THE LAW OFFICE OF JUSTIN SOBODASH |
| 2 | Justin Sobodash (State Bar # 217450) |
|   | Justin@Sobodashlaw.com |
| 3 | 9107 Wilshire Blvd., Suite 450 |
| 4 | Beverly Hills, California 90210 |
|   | Telephone:  310.461.3577 |
| 5 | Facsimile:   310.461.1901 |

# JS-6

6  INSTITUTE FOR JUSTICE
7  Jeff Rowes*
   jrowes@ij.org
8  Robert McNamara*
9  rmcnamara@ij.org
   William H. Mellor*
10 wmellor@ij.org
11 901 North Glebe Road, Suite 900
   Arlington, VA  22203
12 Telephone:  703.682.9320
13 Facsimile:   703.682.9321
   *Admitted pro hac vice
14
15 Attorneys for Plaintiffs
   DOREEN FLYNN, ET AL.
16

17                IN THE UNITED STATES DISTRICT COURT
18                   CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | DOREEN FLYNN, ET AL. ) | |
|    |     Plaintiffs, ) | CASE NUMBER: |
| 20 |     v.         ) | CV09- 7772 SJO (AJWx) |
| 21 | ERIC HOLDER, ATTORNEY ) | _____ |
|    | GENERAL                 ) | |
| 22 |     Defendant. ) | PROPOSED ORDER |
| 23 |                ) | ENTERING JUDGMENT FOR |
|    | _____ ) | PLAINTIFFS |
| 24 | | |
| 25 | | Hearing Date:  August 20, 2012 |
|    | | Hearing Time: 8:30 a.m. |
| 26 | | Hearing Location:  Courtroom 1, |
| 27 | |     Hon. S. James Otero |
| 28 | | |

1  THIS MATTER COMING ON for consideration on the parties' joint
2  status report, and the Court being fully advised:
3  IT IS HEREBY ORDERED that, pursuant to Rule 54, the Declaratory
4  Judgment Act, 28 U.S.C. §§ 2201 *et seq*., the Ninth Circuit's controlling ruling
5  in this matter, and the absence of any controlling regulations on this matter,
6  the National Organ Transplant Act ("NOTA"), 42 U.S.C. § 274e, does not
7  apply to the compensation of bone-marrow donors for donating bone marrow
8  from the bloodstream using peripheral blood stem cell ("PBSC") apheresis.
9  Plaintiffs' remaining claims are hereby DISMISSED with prejudice.

Dated this _7th____day of___August _____, 2012.

*S. James Otero*

By:_____
Honorable S. James Otero
U.S. District Court for the
Central District of California